# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 145 WAL 2018
:
             Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
LARRY J. CRAGLE, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.